Seyfarth

**Seyfarth Shaw LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
**T** (312) 460-5000
**F** (312) 460-7000

jkamps@seyfarth.com
T (312) 460-5873

www.seyfarth.com

July 21, 2026

**VIA ECF ELECTRONIC FILING**

The Honorable Dulce Foster
U.S. Magistrate Judge, District of Minnesota

> **Re:** **Karen Jirovec v. The Prudential Insurance Company of America,**
> **Case No. 0:26-cv-00600-NEB-DJF**

Dear Judge Foster:

This letter is submitted by The Prudential Insurance Company of America ("Prudential") in accordance with the Court's July 13, 2026 Order for Settlement Conference (ECF No. 14). Prudential's representative, Angi Hoffer (Disability Claims, Litigation Specialist) will attend the October 13, 2026 settlement conference (Zoom video), with counsel, on behalf of Prudential.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Julie M. Kamps*

Julie M. Kamps

327323768v.1